**No. 09-9592. Clinton Lee Rumley, Petitioner v. United States.**

559 U.S. 1081, 130 S. Ct. 2123, 176 L. Ed. 2d 746, 2010 U.S. LEXIS 3191.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 588 F.3d 202.